# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| **JUSTIN ROPP, on behalf of himself and others similarly situated,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **U.S. PROTECTION SERVICE LLC,** ) <br> ) <br> **Defendants.** ) <br> ) | **CASE NO: 1:24-cv-1546** <br><br> **Judge Dan Aaron Polster** <br><br> **ORDER** |

The Court assisted the parties in resolving their claims during a status conference in the captioned case on May 16, 2025. The case is dismissed with prejudice, with all parties to bear their own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed. Notice by the Clerk of Courts is hereby waived.

**IT IS SO ORDERED.**

Dated: May 16, 2025             *s/Dan Aaron Polster*
                                             United States District Judge